# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

LINDON GLOVER,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security Administration,

    Defendant.

Case No. CIV-04-508-RAW

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On September 27, 2006, Magistrate Judge Shreder entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

Dated this 13 October 2006.

J4h4i0

    Ronald A. White
    United States District Judge
    Eastern District of Oklahoma